B18 (Official Form 18)(12/07)

**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Victor Manuel Partida

**BANKRUPTCY NO.** 2:10−bk−40297−BB

**CHAPTER** 7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−4633
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 11/17/10

**Address:**
4740 Green Crest Way
Palmdale, CA 93551

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: November 17, 2010

**Kathleen J. Campbell**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 03/09) VAN−30

22 / SMZ

B18 (Official Form 18) Cont.
Rev.(12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: smilanoC              Page 1 of 1                  Date Rcvd: Nov 17, 2010
Case: 10-40297                 Form ID: b18                Total Noticed: 29

The following entities were noticed by first class mail on Nov 19, 2010.
 db         +Victor Manuel Partida,    4740 Green Crest Way,     Palmdale, CA 93551-1837
 smg         Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA  94280-0001
 smg         Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
26978346    +AT&T Mobility,    PO BOX 451409,    Atlanta, GA 31145-9409
26978347    +B.C.C.,   29 East Madison Street,    Ste 1650,    Chicago, IL 60602-4427
26978349    +Business Card,    PO BOX 15710,    Wilmington, DE 19886-5710
26978351    +Creditors Financial Group, LLC,     PO BOX 440290,    Aurora, CO 80044-1500
26978352    +Equifax Credit Information,    Bankruptcy Notification,    PO BOX 740241,    Atlanta, GA 30374-0241
26978353    +Experian,    Bankruptcy Notification,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
27508534    +First Franklin Loan Services,    POB 660598,    Dallas TX 75266-0598
27508538    +Indymac,   POB 4045,    Kalamazoo MI 49004-4045
27508537    +L Bishop Austin,    L Bishop Austin & Assoc,    3250 Wilshire Blvd Ste 1500,
              Los Angeles CA 90010-1608
27508535    +Los Angeles County Tax Collector,     POB 54018,    Los Angeles CA 90054-0018
27508539    +Morgan Stanly Mortgage Capital,    Hold,    1585 Broadway,    New York NY 10036-8200
26978354    +NCO Financial Systems,    PO BOX 15773,    Wilmington, DE 19850-5773
26978355    +NORTHLAND GROUP INC,    PO BOX 390905,    Minneapolis, MN 55439-0905
26978356    +Saxon Mortgage Services,    PO BOX 961105,    Fort Worth, TX 76161-0105
27508541    +State Board of Equalization,    12440 E Imperial Hwy Ste 200,    Norwalk CA 90650-8397
26978357    +Total Merchant Services,    507 Prudential Rd,    Horsham, PA 19044-2308
26978358    +Trans Union Credit Bureau,    Bankruptcy Notification,    PO BOX 2000,    Chester, PA 19016-2000
27508536    +Trans Union Credit Bureau,    POB 2000,    Chester PA 19016-2000
27508542    +Wilshire Credit Corporation,    POB 8517,    Portland OR 97207-8517
The following entities were noticed by electronic transmission on Nov 18, 2010.
 tr         +EDI: QEMILLER.COM Nov 18 2010 00:53:00      Elissa Miller (TR),    SulmeyerKupetz,    333 S Hope St,
              35th fl,    Los Angeles, CA 90071-1406
 smg         EDI: EDD.COM Nov 18 2010 00:53:00       Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
 smg         EDI: CALTAX.COM Nov 18 2010 02:23:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
              Sacramento, CA  95812-2952
26978345    +EDI: AMEREXPR.COM Nov 18 2010 00:53:00      American Express,    PO BOX 0001,
              Los Angeles, CA 90096-8000
26978348    +EDI: BANKAMER.COM Nov 18 2010 00:53:00      Bank of America,    PO BOX 301200,
              Los Angeles, CA 90030-1200
26978350    +EDI: CIAC.COM Nov 18 2010 00:53:00       CITIMORTGAGE,    PO BOX 6006,    The Lakes, NV 88901-6006
27508543     EDI: IRS.COM Nov 18 2010 00:53:00      IRS,    Department of Treasur,    Internal Revenue Service,
              Fresno CA 93888
27508540    +Fax: 407-737-5634 Nov 18 2010 04:35:56      OCWEN Loan Servicing LLC,    1661 Worthington Rd,
              Ste 100,    West Palm Beach FL 33409-6493
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 intp         Courtesy NEF
 cr           FV-1, Inc. in trust for Morgan Stanley Mortgage Ca
                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2010**                                    **Signature:** *Joseph Speetjens*